KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3-05-70758-JCS |
|     Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
|     v. ) | |
| MAXIMILLIAN LEE SCHWEITZER, ) | |
|     Defendant. ) | |

    This matter came on the calendar of the Honorable Joseph C. Spero on September 16, 2005 for initial appearance on a criminal complaint. At the parties' request, the Court continued the matter until October 7, 2005 for a detention hearing and until October 14, 2005 for preliminary hearing or arraignment. On October 7, 2005, the defendant appeared before the Honorable James Larson for a detention hearing. The parties continued the matter until October 17, 2005 for submission of a psychologist's report and to set a preliminary hearing and arraignment. On October 17, 2005, the parties again appeared before Judge Larson. The parties and the Court received and reviewed the psychologist's report. The Court continued the matter until October 26, 2005 for preliminary hearing

ORDER EXCLUDING TIME
No. CR 3-05-70758-JCS

or arraignment.  At the appearances on September 16, October 7 and October 17, the defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time under the Speedy Trial Act.

At each of the appearances, the parties requested a continuation of the Rule 5.1(d) extension of time and an exclusion of time under the Speedy Trial Act for the period from September 16 through October 26, 2005 based upon the need for effective preparation of counsel.  The government provided discovery to the defense, which the defense needs time to review.  Defense counsel received the psychologist's report on October 17 and needs time to review it.  Moreover, the parties are engaged in discussions which appear likely to lead to pre-indictment resolution of this case.  Therefore, the parties are requesting an extension of time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act.  The parties agree that the time from September 16 through October 26, 2005 should be extended under Rule 5.1(d) and excluded in computing the time within which an information or indictment must be filed.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Accordingly, the Court HEREBY ORDERS that the time from September 16 through October 26, 2005 is extended under Rule 5.1(d) and excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure to grant the requested exclusion would deny the defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: October 20, 2005

_____
HONORABLE NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

ORDER EXCLUDING TIME
No. CR  3-05-70758-JCS                              2

1  /s/ Steven Kalar
   STEVEN KALAR, ESQ.
2  Assistant Federal Public Defender
   Attorney for Defendant
3

4

   /s/ Monica Fernandez
5  MONICA FERNANDEZ
   Assistant United States Attorney
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXCLUDING TIME

No. CR  3-05-70758-JCS                    3